Duane DIXON, Plaintiff–Appellant,

v.

**DEPARTMENT OF CORRECTIONS AND REHABILITATION; et al.,** Defendants–Appellees.

No. 13–16852.

United States Court of Appeals, Ninth Circuit.

Submitted June 12, 2014.*

Filed June 18, 2014.

Duane Dixon, Soledad, CA, pro se.

Before: McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

MEMORANDUM **

California state prisoner Duane Dixon appeals pro se from the district court's judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review do novo. *Hamilton v. Brown*, 630 F.3d 889, 892 (9th Cir.2011) (dismissal under 28 U.S.C. § 1915A); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)). We affirm.

The district court properly dismissed Dixon's action because Dixon failed to allege facts sufficient to show that defen-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

dants were deliberately indifferent to his head injury. *See Jett v. Penner,* 439 F.3d 1091, 1096 (9th Cir.2006) (to demonstrate deliberate indifference, the prisoner must show "a purposeful act or failure to respond to a prisoner's pain or possible medical need" and "harm caused by the indifference"); *Toguchi v. Chung,* 391 F.3d 1051, 1060 (9th Cir.2004) ("[M]edical malpractice or negligence is insufficient to establish a constitutional deprivation under the Eighth Amendment.").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.